IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TY HANSON,

    Plaintiff,

v.

ROTHSCHILD PD "LT OSTROWSKI, et al.,

    Defendants.

ORDER

Case No. 15-cv-194-jdp

On April 20, 2015, this court entered an order in this case directing plaintiff to submit by May 8, 2015, an initial partial payment of the filing fee in the amount of $6.28. On May 4, 2015, the court received $2.37 of the assessed partial filing fee as well as a letter from plaintiff stating that he will pay the rest of the initial partial payment as soon as possible. I will allow plaintiff an enlargement of time to pay the remaining $3.91 of the initial partial filing fee and extend the deadline to June 8, 2015 for to make the payment.

ORDER

IT IS ORDERED that plaintiff Ty Hanson may have an enlargement of time, to June 8, 2015, to pay the remaining $3.91 initial partial filing fee in this case. If plaintiff does not have enough money to make the initial partial payment from his regular account, plaintiff should arrange with prison authorities to pay the remainder from plaintiff's release account.

Entered this 12th day of May, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

1