IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TY A. HANSON,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

  v.                                         Case No.  15-cv-194-jdp

KEVIN OTROWSKI, MARATHON
COUNTY JAIL STAFF, NURSES and
SUPERVISORS,

    Defendants.

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Ty A. Hanson's failure to prosecute it.


| /s/ | 8/17/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |